UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS ERIC ADAMS, SR.; JAMES RILEY ADAMS; DENNIS ERIC ADAMS, JR.,<br><br>                          Plaintiffs,<br><br>               -against-<br><br>CITIGROUP GLOBAL MARKETS HOLDINGS INC.,<br><br>                          Defendant. | 21-CV-2270 (CM)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATIONS |

COLLEEN McMAHON, Chief United States District Judge:

Plaintiffs bring this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiffs submitted the complaint without the filing fees or IFP applications. Within thirty days of the date of this order, Plaintiffs must either pay the $402.00 in fees or each submit a fully completed IFP application. If Plaintiffs submit IFP applications, these should be labeled with docket number 21-CV-2270 (CM). If the Court grants the IFP applications, Plaintiffs will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

Plaintiffs have consented to electronic service of documents. No summons shall issue at this time. If Plaintiffs comply with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiffs fail to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

2

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 16, 2021
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge