UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENNIS ERIC ADAMS, SR.; JAMES RILEY ADAMS; DENNIS ERIC ADAMS, JR.,

                 Plaintiffs,

-against-

CITIGROUP GLOBAL MARKETS HOLDINGS INC.,

                 Defendants.

21 Civ. 2270 (LGS)

ORDER OF SERVICE

---

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is respectfully directed to issue a summons as to Defendant Citigroup Global Markets Holdings, Inc. Plaintiffs are directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiffs have not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is respectfully directed to mail each Plaintiff a copy of this Order and an information package.[1]

Dated:  March 29, 2021
           New York, New York

                                               LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs have consented to electronic service.